1032

No. 03–9160. RESENDIZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–9163. TEJEDA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–9165. MEDBERRY v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–9172. MATHIS v. KNOWLES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–9174. ALLMAN ET UX. v. IRVIN HOME EQUITY CORP. C. A. 6th Cir. Certiorari denied.

No. 03–9177. SALINAS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–9181. KHODANIAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–9183. KELLY v. HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–9187. RILEY v. MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 03–9189. BELIVEAU v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–9190. CONNOR v. ESPINDA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9191. CLARK v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9192. TUCKER v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–9198. SMITH v. GEORGIA. Sup. Ct. Ga. Certiorari denied.